# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 06-1768

_____

Rodney A. Hall,                                       *
                                                      *
              Appellant,                              *
                                                      *    Appeal from the United States
       v.                                             *    District Court for the
                                                      *    Western District of Missouri.
American General Financial Service,                   *
Inc., AKA and d/b/a American                          *    [UNPUBLISHED]
General Finance, Inc. and American                    *
General Financial Group,                              *
                                                      *
              Appellee.                               *

_____

Submitted:  January 22, 2008
Filed:  January 29, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

       Rodney A. Hall appeals the district court's[1] order denying his motion to vacate an arbitration award, and confirming the award in favor of American General Financial Services, Inc.  We agree with the district court that Hall produced no evidence that the statutory grounds for vacating an award had been met, and did not

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

otherwise show that the award was completely irrational or demonstrated a manifest disregard for the law.  See Stark v. Sandberg, Phoenix & von Gontard, P.C., 381 F.3d 793, 798 (8th Cir. 2004) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Hall's pending motion.

_____